IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL<br>INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 06-647-***-MPT |
| | : | |
| JOHN WINIFORD CORPORATION<br>OF DELAWARE d/b/a MARY<br>ANN INTERIORS | : | |
| | : | |
| Defendant. | : | |

### SUBSTITUTION OF APPEARANCE OF COUNSEL

Please withdraw the appearance of Marshall, Dennehey, Warner, Coleman & Goggin and Daniel Griffith, Esq. on behalf of plaintiff, Harleysville Mutual Insurance Company. Please enter the appearance Donald M. Ransom, Esq. on behalf of plaintiff, Harleysville Mutual Insurance Company.

MARSHALL, DENNEHEY, WARNER,
  COLEMAN & GOGGIN

BY: /s/ Kevin J. Connors
  Kevin J. Connors, Esq.
  Del. Bar Id. No. 2135
  Daniel A. Griffith, Esq.
  Del. Bar Id. No. 4209
  1220 North Market Street, 5th Floor
  P. O. Box 8888
  Wilmington, DE  19899-8888
  Tel: (302) 552-4302
  Fax: (302) 651-7905
  E-Mail: kjconnors@mdwcg.com

CASARINO, CHRISTMAN & SHALK, P.A.

BY: /s/ Donald M. Ransom
  Donald M. Ransom, Esq.
  Del. Bar Id. No. 2626
  800 North King Street, Suite 200
  P.O. Box 1276
  Wilmington, DE  19899-1276
  Tel: (302) 594-4500
  Fax: (302) 594-4509
  E-Mail: dransom@casarino.com
  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, DONALD M. RANSOM, hereby certify that I have served as indicated below, on this the 3rd day of March, 2008 a true and correct copy of the attached Substitution of Appearance of Counsel, addressed to:

| **Via Electronic Filing** | **Via First Class Mail** |
|---|---|
| Kevin J.Connors, Esq. | Daniel A. Griffith, Esq. |
| Marshall, Dennehey, Warner | Whiteford, Taylor and Preston |
|   Coleman & Goggin | 1220 North Market Street |
| 1220 North Market Street, 5th Floor | Wilmington, DE 19801 |
| P. O. Box 8888 | |
| Wilmington, DE 19899-8888 | |

                                                           CASARINO, CHRISTMAN & SHALK, P.A.

                                                          */s/ Donald M. Ransom*
                                                          Donald M. Ransom, Esq.
                                                          Del. Bar Id. No. 2626
                                                         800 North King Street, Suite 200
                                                         P.O. Box 1276
                                                         Wilmington, DE 19899-1276
                                                         Tel: (302) 594-4500
                                                         Fax: (302) 594-4509
                                                         E-Mail: dransom@casarino.com
                                                         Attorney for Plaintiff