IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL<br>INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | C.A. No.:  06-647-JJF |
| JOHN WINIFORD CORPORATION<br>OF DELAWARE d/b/a MARY<br>ANN INTERIORS | : : : : | |
| Defendant. | : : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action.

                                          CASARINO, CHRISTMAN & SHALK, P.A.

                                          BY:   */s/ Donald M. Ransom*
                                                   Donald M. Ransom, Esq.
                                                     Del. Bar Id. No. 2626
                                                     800 North King Street, Suite 200
                                                     P.O. Box 1276
                                                     Wilmington, DE  19899-1276
                                                     Tel:  (302) 594-4500
                                                   Fax:  (302) 594-4509
                                                   E-Mail:  dransom@casarino.com
                                                   Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, DONALD M. RANSOM, hereby certify that I have served as indicated below, on this the 6th day of March, 2008 a true and correct copy of the attached Notice of Voluntary Dismissal, addressed to:

**Via First Class Mail**
John Winiford Corp. d/b/a Mary Ann's Interiors
86 Atlantic Avenue
Ocean View, DE 19970

                                           CASARINO, CHRISTMAN & SHALK, P.A.

                                           /s/ Donald M. Ransom
                                           Donald M. Ransom, Esq.
                                           Del. Bar Id. No. 2626
                                           800 North King Street, Suite 200
                                           P.O. Box 1276
                                           Wilmington, DE 19899-1276
                                           Tel: (302) 594-4500
                                           Fax: (302) 594-4509
                                           E-Mail: dransom@casarino.com
                                           Attorney for Plaintiff